JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALES<br><br>        Plaintiff,<br><br>    v.<br><br>HENRY MENDEZ, et al.,<br><br>        Defendants. | Case No. CV 16-9246 FMO (JCx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    Pursuant to the Magistrate Judge's Order of August 31, 2017, indicating that the above-captioned action has been settled, IT IS ORDERED that the instant action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Dated this 31st day of August, 2017.

                                                                /s/
                                          Fernando M. Olguin
                                  United States District Judge